IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDON HOLLAND                                                        PLAINTIFF

v.                           CASE NO. 5:15-CV-05088

WASHINGTON COUNTY, ARKANSAS;
MARILYN EDWARDS, individually
and in her official capacity;
DAN SHORT, individually
and in his official capacity;
SHAWN SHRUM, individually
and in his official capacity; and
DONNIE COLEMAN, individually
and in his official capacity                                    DEFENDANTS

## JUDGMENT

For the reasons discussed in the Court's Memorandum Opinion and Order entered on this same date, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Doc. 11) is **GRANTED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this \_\_14th\_\_ day of April, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE